# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:20-cr-6 |
| v. ) | |
| ) | District Judge Travis R. McDonough |
| MIRANDA JONES ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |
| ) | |

## ORDER

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 16) recommending that the Court: (1) accept Defendant's guilty plea to Counts One and Two of the two-count Information; (2) adjudicate Defendant guilty of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349; (3) adjudicate Defendant guilty of interstate transportation of stolen property in violation of 18 U.S.C. § 2314; and (4) order that Defendant remain in custody pending further order of this Court.

Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 16) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's plea of guilty to Counts One and Two of the two-count Information is **ACCEPTED**;

2. Defendant is hereby **ADJUDGED** guilty of conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349;

3. Defendant is hereby **ADJUDGED** guilty of interstate transportation of stolen property in violation of 18 U.S.C. § 2314;

4. Defendant's sentencing hearing shall take place on **August 21, 2020, at 9:00 a.m.** before the undersigned United States District Judge; and

5. Defendant **SHALL REMAIN** in custody pending further order of this Court.

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**